

**UNITED STATES DISTRICT COURT**
**Northern District of Illinois**
**219 South Dearborn Street**
**Chicago, Illinois 60604**

**Thomas G. Bruton**                                                    **312-435-5670**
**Clerk**

Date: 07/20/2026                          Case Number: 1:26-cv-04983

Case Title: Elizabeth's Studio LLC v. The          Judge: Elaine E. Bucklo
Partnerships and Unincorporated
Associations Identified on Schedule A

## DOCUMENT NOT IMAGED DUE TO REASON(S) CHECKED BELOW

☐   Sealed or restricted document. (A court order is required to view a sealed or restricted
document.)

☐   Too voluminous.

☐   Photographs

☑   Civil bond (A court order is required to view a financial document.)

☐   Criminal bond (A court order is required to view a financial document.)

☐   Miscellaneous (MC) case

☐   Other:

To view the document, you must first obtain the case file at the Clerk's Office. The Clerk's

Office is open from 8:30 a.m. to 4:30p.m. Monday through Friday except for legal

holidays. To obtain a copy call the Clerk's Office Copy Desk at 312-435-5699.

Thomas G. Bruton, Clerk

By: /s/ T. Davis
Deputy Clerk

Rev. 11/29/2016