**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

ELIZABETH'S STUDIO LLC,

Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

Defendants.

Case No.: 1:26-cv-04983

Judge Elaine E. Bucklo

Magistrate Judge Keri L. Holleb Hotaling

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 2 | yuweistore |
| 7 | HUGSIDEA |
| 8 | chongjili |
| 9 | Zhangqingwen |
| 12 | SCIke-US(✈7-14 days delivery) |
| 14 | SIAOMA US |
| 16 | NoxwB |
| 19 | TXGMNA |
| 20 | ❤Prime Day Deals Today 2024❤ |
| 22 | QUNPIU |
| 24 | Cambkatl |
| 28 | JIEMUXIU |
| 30 | Juebong womens fashion |
| 31 | nankeyi-meng |
| 35 | Finelylove Store |
| 38 | Womens Clothes Shirts |
| 40 | FiuNGzy |
| 41 | zupvkai Boutique |
| 43 | Ozmmyan✈✈10-15 Days Delivery |
| 46 | WUAI Warehouse Clearance |

| | |
|---|---|
| 54 | FKELYI |
| 55 | Xinhui |
| 60 | FOR U DESIGNS US |
| 61 | quanzhoushilianquanwangluokejiyouxiangongsi |
| 62 | Aymnlox Direct |
| 63 | Dgoopd US Favorite Clothes Store |
| 65 | VOXCAUTQ |
| 67 | LANJIEJUN |
| 73 | ShangQi |
| 118 | wnxc |
| 119 | Busydd |
| 123 | FengYongYao |
| 125 | ShiKeXi |
| 127 | fancifize Co.Ltd |
| 141 | RYRJJ |
| 142 | HAOTAGS Fashion |
| 146 | ASOTONY LTD |
| 154 | gldaond |
| 170 | HLJP F |

DATED: August 19, 2026

Respectfully submitted,

*/s/ Keith A. Vogt*

Keith A. Vogt
FL Bar No. 1036084/IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on August 19, 2026 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt