**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

ELIZABETH'S STUDIO LLC,

Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

Defendants.

Case No.: 1:26-cv-04983

Judge Elaine E. Bucklo

Magistrate Judge Keri L. Holleb Hotaling

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE** that on Wednesday, September 2, 2026, at 9:45 A.M., Plaintiff, by Plaintiff's counsel, shall appear by remote means before the Honorable Elaine E. Bucklo of the U.S. District Court for the Northern District of Illinois and present Plaintiff's Motion for Entry of Default and Default Judgment against the Defendants Identified in First Amended Schedule A.

This notice is for tracking purposes only.

DATED: August 24, 2026

Respectfully submitted,

*/s/ Keith A. Vogt*

Keith A. Vogt
FL Bar No. 1036084 / IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

**CERTIFICATE OF SERVICE**

I hereby certify that on August 24, 2026, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, I will electronically publish the documents on a website, and I will send an e-mail to the e-mail addresses provided for Defendants by third parties that includes a link to said website.

/s/ *Keith A. Vogt*
Keith A. Vogt, Esq.