**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

ELIZABETH'S STUDIO LLC,

Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

Defendants.

Case No. 26-cv-04983

**Judge Elaine E. Bucklo**

**Magistrate Judge Keri L. Holleb Hotaling**

## DEFAULT JUDGMENT ORDER

This action having been commenced by Plaintiff ELIZABETH'S STUDIO LLC ("Elizabeth's Studio" or "Plaintiff") against the defendants identified on First Amended Schedule A and using the Online Marketplace Accounts identified on First Amended Schedule A (collectively, the "Defendant Internet Stores"), and Elizabeth's Studio having moved for entry of Default and Default Judgment against the defendants identified on First Amended Schedule A attached hereto which have not yet been dismissed from this case (collectively, "Defaulting Defendants");

Elizabeth's Studio having properly completed service of process on Defaulting Defendants, the combination of providing notice via electronic publication and e-mail, along with any notice that Defaulting Defendants received from payment processors, being notice reasonably calculated under all circumstances to apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections; and

None of the Defaulting Defendants having answered or appeared in any way, and the time for answering having expired, so that the allegations of the Complaint are uncontroverted and are deemed admitted;

This Court finds that it has personal jurisdiction over Defaulting Defendants because Defaulting Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Elizabeth's Studio has provided a basis to conclude that Defaulting Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more seller aliases, offer shipping to the United States, including Illinois, and have sold products using infringing versions of Elizabeth's Studio's federally registered copyrights, which are protected by U.S. Copyright Registration Nos. VA 2-406-345 and VA 2-406-341 (the "Elizabeth's Studio Works") to residents of Illinois. In this case, Elizabeth's Studio has presented screenshot evidence that each Defendant e-commerce store is reaching out to do business with Illinois residents by operating one or more commercial, interactive internet stores through which Illinois residents can purchase products using infringing versions of the Elizabeth's Studio Works. *See* Docket No. [17], which includes screenshot evidence confirming that each Defendant e-commerce store does stand ready, willing and able to ship its unauthorized goods to customers in Illinois bearing infringing versions of the Elizabeth's Studio Works.

This Court further finds that Defaulting Defendants are liable for willful federal copyright infringement (17 U.S.C. § 504).

Accordingly, this Court orders that Elizabeth's Studio's Motion for Entry of Default and Default Judgment is GRANTED as follows, that Defaulting Defendants are deemed in default, and that this Default Judgment is entered against Defaulting Defendants.

This Court further orders that:

1. Defaulting Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them be permanently enjoined and restrained from:

   a. using the Elizabeth's Studio Works or any reproductions, infringing copies, or colorable imitations in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine Elizabeth's Studio product or not authorized by Elizabeth's Studio to be sold in connection with the Elizabeth's Studio Works;

   b. passing off, inducing, or enabling others to sell or pass off any product as a genuine Elizabeth's Studio product or any other product produced by Elizabeth's Studio, that is not Elizabeth's Studio's or not produced under the authorization, control, or supervision of Elizabeth's Studio and approved by Elizabeth's Studio for sale under the Elizabeth's Studio Works;

   c. committing any acts calculated to cause consumers to believe that Defaulting Defendants' products are those sold under the authorization, control, or supervision of Elizabeth's Studio, or are sponsored by, approved by, or otherwise connected with Elizabeth's Studio; and

   d. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Elizabeth's Studio, nor authorized by Elizabeth's Studio to be sold or offered for sale, and which bear any of Elizabeth's Studio's

copyrights, including the Elizabeth's Studio Works, or any reproductions, infringing copies or colorable imitations.

2. Defaulting Defendants and any third party with actual notice of this Order who is providing services for any of the Defaulting Defendants, or in connection with any of the Defaulting Defendants' Defendant Internet Stores, including, without limitation, any online marketplace platforms such as Amazon Payments, Inc. ("Amazon"), Temu, LLC ("Temu"), and Walmart Inc. ("Walmart") (the "Third Party Providers"), shall within seven (7) calendar days of receipt of this Order cease:

   a. using, linking to, transferring, selling, exercising control over, or otherwise owning the Defendant Internet Stores, or any other online marketplace account that is being used to sell or is the means by which Defaulting Defendants could continue to sell infringing goods using the Elizabeth's Studio Works; and

   b. operating and/or hosting websites that are involved with the distribution, marketing, advertising, offering for sale, or sale of any product bearing the Elizabeth's Studio Works or any reproductions, infringing copies or colorable imitations thereof that is not a genuine Elizabeth's Studio product or not authorized by Elizabeth's Studio to be sold in connection with the Elizabeth's Studio Works.

3. Upon Elizabeth's Studio's request, those with notice of this Order, including the Third Party Providers as defined in Paragraph 2, shall within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defaulting Defendants in connection with the sale of infringing goods using the Elizabeth's Studio Works.

4. Pursuant to 17 U.S.C. § 504(c)(2), Elizabeth's Studio is awarded statutory damages from each of the Defaulting Defendants in the amount of five thousand dollars ($5,000) for willful use of infringing Elizabeth's Studio Works on products sold through at least the Defendant Internet Stores.

5. Any Third Party Providers holding funds for Defaulting Defendants, including Amazon, Temu, and Walmart, shall, within seven (7) calendar days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants or the Defendant Internet Stores from transferring or disposing of any funds (up to the statutory damages awarded in Paragraph 4 above) or other of Defaulting Defendants' assets.

6. All monies (up to the amount of the statutory damages awarded in Paragraph 4 above) currently restrained in Defaulting Defendants' financial accounts, including monies held by Third Party Providers such as Amazon, Temu, and Walmart, are hereby released to Elizabeth's Studio as partial payment of the above-identified damages, and Third Party Providers, including Amazon, Temu, and Walmart, are ordered to release to Elizabeth's Studio the amounts from Defaulting Defendants' financial accounts within fourteen (14) calendar days of receipt of this Order.

7. Until Elizabeth's Studio has recovered full payment of monies owed to it by any Defaulting Defendant, Elizabeth's Studio shall have the ongoing authority to commence supplemental proceedings under Federal Rule of Civil Procedure 69.

8. In the event that Elizabeth's Studio identifies any additional online marketplace accounts or financial accounts owned by Defaulting Defendants, Elizabeth's Studio may send notice of any supplemental proceeding, including a citation to discover assets, to Defaulting Defendants by e-mail at the e-mail addresses identified in Exhibit 2 to the Declaration of

Elizabeth Shnayder and any e-mail addresses provided for Defaulting Defendants by third parties.

9. The ten thousand dollar ($10,000) surety bond posted by Plaintiff is hereby released to Plaintiff or Plaintiff's counsel, JiangIP LLC, 33 West Jackson Boulevard, #2W, Chicago, Illinois, 60604. The Clerk of the Court is directed to return the surety bond previously deposited with the Clerk of the Court to Plaintiff or its counsel.

This is a Default Judgment.

Dated: 9/4/2026

Elaine E. Bucklo
United States District Judge

**First Amended Schedule A**

| No. | Defendants |
|---|---|
| 1 | Nicholasout |
| 2 | [redacted] |
| 3 | jinliangshangsmao |
| 4 | 衡水珏烈贸易有限公司 |
| 5 | Jiueut |
| 6 | XIZAONG |
| 7 | [redacted] |
| 8 | [redacted] |
| 9 | [redacted] |
| 10 | nsaoGUIXO US (Fast Delivery 7 - 15 Days) |
| 11 | TOTGO US |
| 12 | [redacted] |
| 13 | Maycou |
| 14 | [redacted] |
| 15 | 4.5★★★★★Pgyong-Prime Big Deal Days 2024 |
| 16 | [redacted] |
| 17 | XUYULU \| clearance sales today deals prime |
| 18 | Muecwrye |
| 19 | [redacted] |
| 20 | [redacted] |
| 21 | REWRUY Lightning Deals Of Today Prime |
| 22 | [redacted] |
| 23 | Pejock |
| 24 | [redacted] |
| 25 | VINUSLI |
| 26 | baskuwish |
| 27 | early prime day deals 2024 today clearance sale |
| 28 | [redacted] |
| 29 | beifangdex |
| 30 | [redacted] |
| 31 | [redacted] |
| 32 | Hbsui |
| 33 | Yomiafy(lightning deals of today prime) |
| 34 | ALLMoney lightning deals of today prime |

| | |
|---|---|
| 35 | [redacted] |
| 36 | WALLDOR Warehouse Clearance Up to 50% off |
| 37 | 2024 Fashion Boutique Online |
| 38 | [redacted] |
| 39 | YANLI A |
| 40 | [redacted] |
| 41 | [redacted] |
| 42 | buy 3, get 1 free -Outlet Clearance |
| 43 | [redacted] |
| 44 | TMJSPOYOU ✈Lightning deals of today |
| 45 | KCaHFO✈✈7-14Days Delivery |
| 46 | [redacted] |
| 47 | Vifucz Dress Store |
| 48 | Haoawi |
| 49 | ☆☆☆☆☆ todays daily deals clearance \| PYCGFU |
| 50 | METAXAS |
| 51 | DCLINA |
| 52 | Jiwulan |
| 53 | 100USshop |
| 54 | [redacted] |
| 55 | [redacted] |
| 56 | GH DecorHome |
| 57 | TOWMUS |
| 58 | MianYangZhiDiXiaShangMaoYouXianGongSi |
| 59 | YUSHUN Store |
| 60 | [redacted] |
| 61 | [redacted] |
| 62 | [redacted] |
| 63 | [redacted] |
| 64 | Yesunpxs |
| 65 | [redacted] |
| 66 | Chenao |
| 67 | [redacted] |
| 68 | MoreFreeDress |
| 69 | [redacted] |
| 70 | yunzh |
| 71 | Ceexolliss |

| | |
|---|---|
| 72 | [redacted] |
| 73 | |
| 74 | SENDKEEL |
| 75 | zhishiyuanbo |
| 76 | Myzweida Co.,Ltd. |
| 77 | MIMIGOGO Kidsfashion |
| 78 | Haoked |
| 79 | Ruikedianzi |
| 80 | Simple Choice Co.,Ltd |
| 81 | boen |
| 82 | The Cozy Corner |
| 83 | Clothing Shopping |
| 84 | FoShanShiRuKaiFu |
| 85 | Mora Tech123 |
| 86 | Wilcliar Marketplace (Fashion) |
| 87 | Uniquefashion |
| 88 | BrilliantMe Clothing |
| 89 | Maemukilabe |
| 90 | YueKangKeJi |
| 91 | SSSTARS |
| 92 | IMISSILLEB Direct |
| 93 | Janny Co ., Ltd |
| 94 | TSEXIEFOOFU Direct |
| 95 | Mora Tech |
| 96 | IVEMOULODEC |
| 97 | Shunnanmei trading co., ltd |
| 98 | xiangbodedianpu |
| 99 | Chenzhen business |
| 100 | Anglo Trade Inc |
| 101 | sxyan |
| 102 | Lindou |
| 103 | Yoummi |
| 104 | Mevireiy Store |
| 105 | Mama's sunshine |
| 106 | Coduop |
| 107 | NZNDSHD |
| 108 | Fan Home clothing store |

| | |
|---|---|
| 109 | Fullvigor Store |
| 110 | NXBF.COT |
| 111 | MeIhuida |
| 112 | yulinfushiyouxiangongsi |
| 113 | Fiacafyo |
| 114 | Saror boutique |
| 115 | Smiley&Shiny |
| 116 | Cdzfn Co. Ltd |
| 117 | WANWANBABY |
| 118 | [redacted] |
| 119 | |
| 120 | GMWM |
| 121 | RakDY |
| 122 | GRBOZC |
| 123 | [redacted] |
| 124 | NiuJinFu |
| 125 | [redacted] |
| 126 | UsDoKo |
| 127 | [redacted] |
| 128 | RUISHAIS STORE |
| 129 | ixinshangm |
| 130 | zhoushujun |
| 131 | Yunzhiyi |
| 132 | Yimao Direct |
| 133 | YingxiangDirect |
| 134 | WIQEOUIO |
| 135 | XinXiKe shop |
| 136 | Xiyanyang Shop |
| 137 | JIANXIONG SHOP |
| 138 | ShuanQzhdE |
| 139 | zhengduduo shop |
| 140 | Hfyihgf |
| 141 | [redacted] |
| 142 | |
| 143 | |
| 144 | Dreamhall |
| 145 | BUYSIS TRADE |

| | |
|---|---|
| 146 | [redacted] |
| 147 | Girlsshop |
| 148 | Marbhall |
| 149 | sheng YI |
| 150 | sentaili |
| 151 | [redacted] |
| 152 | XiRong |
| 153 | ShenW |
| 154 | [redacted] |
| 155 | CJPW |
| 156 | Dahegroup shop |
| 157 | CASESHOW |
| 158 | RICHCASE |
| 159 | YWMinXin |
| 160 | Aishangjia |
| 161 | YIYIKDJFYI |
| 162 | xxshaocongxx |
| 163 | Hongxiang Home Textile |
| 164 | JPMJ X |
| 165 | HLJP JJ |
| 166 | HLJP D |
| 167 | Five Star Sotre |
| 168 | taotaoshangmao |
| 169 | jieshengchuanqi |
| 170 | [redacted] |
| 171 | HLJP I |
| 172 | RRongRR |
| 173 | GC Home |
| 174 | xunyutrade |
| 175 | FLEACHAZO |
| 176 | QianYuJiaFangCang |
| 177 | Vastness cosmos |
| 178 | LWD HONE |
| 179 | PTYM Shop |
| 180 | CWNA |
| 181 | HLJP FF |
| 182 | HLJP GG |

| | |
|---|---|
| 183 | Moli Trading Co Ltd |
| 184 | WHK Home Textile |
| 185 | Sixth sense carpet |
| 186 | Hat Corners |
| 187 | AMiDuo |
| 188 | AMRDiorberry Urban |
| 189 | Ursae |
| 190 | DEARCASE |